IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNY GIBSON,

    Plaintiff,

v.

                            Case No. 18-cv-593-wmc

GARY BOUGHTON, MICHAEL J.
SHERMAN, LESA K. NOVINSKA,
LOGEN J. LATHROP and
SANDRA MUMM,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/10/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |