REC'D/FILED
2019 APR 18 AM 10: 34
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Johnny Gibson,<br><br>    Plaintiff,<br><br>v.<br><br>Gary Boughton, Michael J. Sherman, Lesa K. Novinska, Logen J. Lathrop, and Sandra Mumm,<br><br>    Defendants. | 3:18-cv-00593-WMC |

## NOTICE OF APPEAL

Plaintiff in the above-named case gives notice that he appeals as to all defendants to the United States Court of Appeals for the Seventh Circuit, from the district court's April 10, 2019 judgment, including the orders entered on March 14 and April 10, 2019, and the court's letter to the Warden entered on April 10, 2019.

Dated: April 15, 2019

_Johnny Gibson_