United States District Court

For The Western District of Wisconsin

Johnny Gibson
    Plaintiff

v.

Case No: 18-c-593

Gary Boughton, et al.,
    Defendant(s)

## Motion to Stay Order

Comes now, Plaintiff Johnny Gibson pro-se, with this Motion to Stay the Courts Order of April 10, 2019 asking the Warden of Green Bay Correctional Institution to start deducting money from my Trust Account for the following reasons.

1. Plaintiff is appealing the Courts decision to dismiss his complaint, USCA case No: 19-1733.

2. The 10th Circuit in Woodson v. McCollum, 875 F.3d 1304 disagrees with this Courts decision requiring me to pay an additional filing fee.

3. The Plaintiff has obtain Amir H. Ali of the Roderick and

Solange MacArthur Justice Center to represent him in his appeal process only.

4. Should plantiff win his appeal the Courts and Warden would have the undo burden of repaying the money back.

Until the Seventh Circuit Court of Appeals renders and decision on my appeal, The Court should stay the Order to deduct money From my trust account. The plaintiff is fully aware that he has already Filed a Notice of Appeal.

Dated this 6, day of May, 2019

Respectfully Submitted

*[signature]*

Green Bay Correctional Institution
P.O. Box 19033
Green Bay, WI 54307-9033

②