# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

May 13, 2019

Warden
Green Bay Correctional Institution
P.O. Box 19033
Green Bay, WI 54307-9033

    Re: Case no. 18-cv-593-wmc; *Gibson, Johnny v. Boughton, Gary et al*

Dear Warden:

    Please find enclosed an order entered on May 13, 2019 by District Judge William M. Conley granting a stay of future payments of the $400 filing fee in case 18-cv-593-wmc from plaintiff Johnny Gibson.

    Please stop collecting the payments for this case. If you have any questions, please call the clerk's office at (608) 264-5156 and press #1.

**Inmate Name: Johnny Gibson, #385510**
**Case No. 18-cv-593-wmc**

        PETER OPPENEER, Clerk of Court,

        By: ___s/_____
            Deputy Clerk

cc:   Johnny Gibson